UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>COUNTY OF EL DORADO,<br><br>　　　　Respondent. | No. 2:18-cv-2612 JAM KJN P<br><br><br>ORDER |

On June 17, 2019, petitioner filed a letter explaining why his opposition to the motion to dismiss was filed late. Good cause appearing, petitioner is granted an extension of time, *nunc pro tunc*, and his opposition is deemed timely-filed. Respondent is granted seven days from the date of this order in which to file a reply. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted an extension of time, *nunc pro tunc*, to oppose respondent's motion to dismiss;

2. Petitioner's opposition (ECF No. 35) is deemed timely-filed; and

3. Respondent's reply, if any, shall be filed within seven days from the date of this order.

Dated: June 20, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crai2612.eot.npt