UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN JOHN CRAIG,

          Petitioner,

    v.

JOHN D'AGOSTINI,

          Respondent.

No.  2:18-cv-2612 JAM KJN P

ORDER

On April 2, 2021, petitioner filed a document styled, "Motion to Convert Habeas Petition," bearing the instant case number, as well as a later-filed case number, 2:20-cv-1050 KJM DB.  The instant action was dismissed on December 18, 2019, and judgment was entered. Thus, it appears petitioner's filing is more appropriately directed to case number 2:20-cv-1050 KJM DB, in which the motion was also filed, accompanied by objections.  Id.  Because this action has been closed for over a year, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 43) is disregarded.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  April 8, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crai2612.158

1